

**WYLIE STECKLOW PLLC**
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

November 5, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-25

Hon. Judge Lewis A. Kaplan
Southern District of New York
500 Pearl Street
New York, NY

Re:   *Bertholf & Charmey v. City of NY, et al,* 25-cv-9176 (SDNY)

Dear Honorable Judge Kaplan:

Please take notice that I am the attorney of record for the plaintiffs in the above referenced matter. I am writing today to request that the attached EXHIBIT A be added to Docket 1, the Complaint in this matter.

The complaint references that EXHIBIT A is attached to the pleading in paragraph 19. Due to inadvertence during the docketing process, Exhibit A was not attached to the pleading when it was uploaded. When I served the City earlier today, I included Exhibit A in the service and will include Exhibit A in the service on the other defendant as well.

It is respectfully requested that the Court so order this request and that the ECF Clerks then update Docket 1 with the EXHIBIT A as an attachment.

Respectfully submitted,

Wylie M. Stecklow

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/6/25

# Exhibit A

Case 1:25-cv-09176-LAK-RFT   Document 11   Filed 11/06/25   Page 2 of 6
Case 1:25-cv-09176-LAK   Document 8-1   Filed 11/05/25   Page 1 of 5

# BIG APPLE POTHOLE & SIDEWALK PROTECTION COMMITTEE

132 NASSAU STREET, NEW YORK, NEW YORK 10038-2486 - (212) 349-5896 - FAX (212) 571-5304

ASSISTANT DIRECTOR
Andrea Kinloch

Commissioner Iris Weinshall
City of New York Department of Transportation
40 Worth Street
New York, NY 10012

Dear Commissioner Weinshall:

Pursuant to the General Municipal Law Section 50-g and Section 7-201 of Chapter 2 of the Administrative Code of the City of New York, we hereby notify you of the defect(s) represented on the enclosed maps (2003) of a section of: <u>Brooklyn</u>

VOLUME: 2            PAGES: 1-64

031073-0000

Sincerely,

Andrea Kinloch
Assistant Director

DEPARTMENT OF TRANSPORTATION
DATE STAMP

2003 OCT
DEPT. O...
LITIGATION SERVICES







# KEY TO MAP SYMBOLS
### BIG APPLE POTHOLE & SIDEWALK PROTECTION CORPORATION
### SURVEY OF PAVEMENT DEFECTS SUFFICIENT TO CAUSE A HAZARD

Charlotte
North Carolina

Colorado Springs
Colorado

Columbus
Ohio

Pelham
New York

Rochester
New York

San Antonio
Texas

St. Louis
Missouri

Bogotá
Colombia

Mumbai
India

## Sidewalks

— or |   = Raised or uneven portion of sidewalk

|—————|   = Extended section of raised or uneven sidewalk

∕∖   = Cracked sidewalk

|—∕∖—|   = Extended section of cracked sidewalk

○   = Hole or hazardous depression

○———○   = Extended section of holes or hazardous depressions

⊗   = Obstruction protruding from sidewalk

⊗———⊗   = Extended section of obstructions protruding from sidewalk

△———△   = Extended section of cracks and holes in sidewalk

ϕ   = Deficiencies pertaining to metal doors and frames

## For Curbs

✕   = Broken, misaligned, or uneven curb

✕———✕   = Extended section of broken, misaligned, or uneven curb

## Pedestrian Crosswalks

▫   = Pothole or other hazard

▫———▫   = Extended section of potholes or other hazards

## Other

UC   = Area Under Construction

NS   = No Sidewalk

OK   = Block Satisfactory

OB   = Area Obstructed from view by cars or other objects and is therefore unable to be inspected

CS   = Sidewalk area that is primarily constructed of cobblestones

V   = Tree wells without a "fence" or in place barrier

Rev. 10/00

629 Fifth Avenue • Pelham, NY 10803 • Tel: 914.738.1649 • Fax: 914.738.1680 • Toll Free: 800.930.3298 • www.sanborn.com