UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brenda Bertholf, et al., <br><br> Plaintiffs, <br><br> -against- <br> City of New York, et al., <br><br> Defendants. | 25CV09176 (LAK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendants' belated unopposed motion to adjourn the settlement conference scheduled for April 3, 2026 sine die (**ECF 24**). This motion falls within the scope of my reference. The motion is GRANTED IN PART and DENIED IN PART.

Defendants indicated that they will not have settlement authority until some discovery has been completed, including the deposition of Plaintiff. All depositions must be completed by May 30, 2026. (ECF 21.)

Accordingly, the settlement conference is rescheduled from April 10, 2026 to **June 11, 2026, at 2:00 pm**, with ex parte submissions complying with my individual practices due by **June 4, 2026**. Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

The Clerk of Court is respectfully directed to terminate **ECF 24**.

DATED:  April 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge