UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA BERTHOLF and GILLES CHARMEY,<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br><br>Defendants. | 25-CV-09176 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 23, 2026, I ordered the parties to, among other things, file joint updates on the status of discovery, including on May 1, 2026. (*See* ECF 21) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **May 7, 2026**.

DATED:  May 6, 2026             SO ORDERED.
           New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**