UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brenda Bertholf, et al.,<br><br>                Plaintiffs,<br><br>    -against-<br><br>City of New York, et al.,<br><br>                Defendants. | 25-CV-09176 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on May 22, 2026, Plaintiffs withdraw their motion for discovery (ECF 29) without prejudice to renewing it if necessary. Defendants' motion for an extension of time to complete all discovery (ECF 31) is GRANTED, and the discovery deadline is extended from July 30, 2026 until **October 13, 2026**.

A settlement conference was scheduled for June 11, 2026**.** At the parties' request, it is now rescheduled to **Tuesday, June 23, 2026 at 10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 16, 2026, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

The Clerk of Court is respectfully requested to terminate ECF 29 and ECF 31.

DATED:  May 22, 2026
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge