Case 1:25-cv-0917\_ \_AK-RFT    Document 34    Filed 06\_\_/26    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA BERTHOLF and GILLES CHARMEY

Plaintiff,

-against-

THE CITY OF NEW YORK and
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,

Defendant(s).

:25-cv-9176 (LAK)(RFT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

for Plaintiff GILLES CHARMEY,   Defendant CITY OF NEW YORK and Defendant

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC that pursuant to FRCP

41(a)(1)(A)(ii) Plaintiff Charmey withdraws his claims in their entirety and dismisses them with

prejudice.

Dated: June 24, 2026

By:_____
Wylie Stecklow
Wylie Stecklow-PLLC
Attorney for Plaintiff  Gilles Charmey
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10119
Tel: (212) 566-8000

By:_____
Adam C. Calvert
Marshall Dennehey
Attorneys for Defendant
Consolidated Edison Company of New York, inc
Wall Street Plaza, 88 Pine St. 29th Floor
New York, NY 10005
Tel: (212) 376-6414

By:_____
Alex Acosta Aldaya
New York City Law Department
Attorney for Defendants
100 Church Street
New York, NY. 10007
Tel: (212) 356-7124

SO ORDERED

DATED:    June 26, 2026